UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

                                                              Case No. 6:20-bk-06225-LVV

KEVIN HAGGERTY                                    Chapter 13
         Debtor.
_____/

**MOTION FOR REFERRAL TO MORTGAGE
MODIFICATION MEDIATION
(Re: 617 Rosegate Lane, Orlando, FL 32835)**

       The Debtor requests entry of an Order referring the Debtor and SN Servicing Corporation with loan number 3492, whose mortgage lien encumbers the Debtor's real property, to mortgage to payment of this modification mediation, and in support state:

       1.       The Debtor filed this Chapter 13 case in an attempt to retain his residence.

       2.       This Debtor would like to modify the terms of the mortgage encumbering hresidence. The Debtor's income will allow him to contribute his regular monthly mortgage payment for payment of this modified mortgage debt.

       3.       Mediation pursuant to Local Rule 9019-2 will assist the parties in negotiation of a modification of the relevant mortgage.

       4.       The Debtor will pay $250.00 mediation fee directly to the Mediator within seven (7) days of designation of the Mediator.

       5.       This Motion has been filed timely.

       WHEREFORE, the Debtor requests that this Court will enter an order referring this case to mediation and for such other and further relief as this Court deems just and proper.
.

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY a true and correct copy of the foregoing was furnished on or before this 25th day of February 2021  by U.S. Mail, and/or by CM/ECF pursuant to Local Rule 7005-3 to: Laurie K. Weatherford, Chapter 13 Trustee;  Howard Law Group, 4755 Technology Way, Suite 104, Boca Raton, FL 33431 and SN Servicing, 323 5th Street, Eureka, CA 95501.

                                                                     LAW OFFICES OF PAUL L. URICH, P.A.

<u>Paul L. Urich, Esquire</u>
1510 East Colonial Drive
Suite 204
Orlando, Florida 32803
Telephone:  (407) 896-3077
Telecopy:    (407) 896-3041
Florida Bar No.:  0088780
Attorney for the Debtor