UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

                                        Case No. 6:20-bk-06225-LVV

KEVIN HAGGERTY                        Chapter 13
          Debtor.
_____/

## MOTION TO MODIFY MODIFIED
## ORDER CONFIRMING CHAPTER 13 PLAN
### Related Document 28

---

**NOTICE OF OPPORTUNITY TO OBJECT
AND REQUEST FOR HEARING**

      Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

      If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at the George C. Young Federal Courthouse, 400 W. Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy on the movant's attorney, Paul L. Urich, Esquire, Law Office of Paul L. Urich, P.A., 1510 E. Colonial Drive, Suite 204, Orlando, Florida 32803 and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

      If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

      **COMES NOW** the Debtor, KEVIN HAGGERTY**,** by and through his undersigned attorney, and files this Motion to Modify the Order Confirming Chapter 13 Plan, and, as grounds in support of this Motion, the following is stated:

      1.      The Order Confirming Modified Chapter 13 Plan was entered in the above-styled case on April 21, 2021(Doc. No. 28).

2. This Motion is filed to include attorneys fees for a loan modification as the Debtor is participating in the Chapter 13 Mortgage Modification program and is pending a loan modification and ha a mediation scheduled.

3. By the filing of this Motion, the Debtor is proposing a modification to his current Chapter 13 payment plan.

4. Proposed disbursements to creditors are shown on the spreadsheet attached hereto and incorporated herein as Exhibit "A".

5. The undersigned attorney seeks fees and costs in the amount of twenty five hundred ($2500.00) dollars for the workup of modified payments and disbursements as they relate to the loan modification, preparation and submission of a loan modification documents through the DMM Portal, attendance at meditaion, for the preparation, filing loam modification approval documents, and service of this Motion, and for communications with the Chapter 13 Trustee's office concerning the same, which fees and costs shall be disbursed by the Chapter 13 Trustee.

8. The Debtor proposes that all _other_ terms and conditions of prior Orders of this Court shall remain the same and in full force and effect but for those specific changes to the Debtor's Plan payments and creditor disbursements, as referenced herein and on the attached spreadsheet.

**WHEREFORE**, the Debtor, KEVIN HAGGERTY, by and through his undersigned attorney, prays that the Court will:

    A. grant this Amended Motion and enter an Order modifying the Debtor's Plan payments and creditor disbursements, as proposed herein;

B. allow attorney's fees and costs for the preparation and service of this Motion in the amount of twenty five hundred ($2500.00) dollars which shall be disbursed by the Chapter 13 Trustee; and

C. grant such other and further relief as the Court deems appropriate.

Date: May 18, 2021

Respectfully submitted,

**LAW OFFICE OF PAUL L. URICH, P.A.**

BY:   /s/ *Paul L. Urich, Esquire*
Paul L. Urich, Esquire
1510 East Colonial Drive, Suite 204
Orlando, Florida 32803
Telephone: (407) 896-3077
Telecopy:   (407) 896-3041
Florida Bar No.:0088780
Email:  paulu@urichoffice.com
Attorney for the Debtor

**I HEREBY CERTIFY** that a true and correct copy of this document is being served by United States Regular Mail, postage prepaid, or by CM/ECF electronic transmission, as may be applicable, on all creditors and interested parties, as listed on the Court Matrix, on this 18th day of May 2021.

BY:   /s/ *Paul L. Urich, Esquire*
Paul L. Urich, Esquire/Florida Bar No.:0088780

# EXHIBIT "A"