UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

KEVIN HAGGERTY
        Debtor.
_____/

Case No. 6:20-bk-06225-LVV
Chapter 13

**AMENDED MOTION TO MODIFY MODIFIED
ORDER CONFIRMING CHAPTER 13 PLAN
Related Document 34**

**NOTICE OF OPPORTUNITY TO OBJECT
AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at the George C. Young Federal Courthouse, 400 W. Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy on the movant's attorney, Paul L. Urich, Esquire, Law Office of Paul L. Urich, P.A., 1510 E. Colonial Drive, Suite 204, Orlando, Florida 32803 and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**COMES NOW** the Debtor, KEVIN HAGGERTY**,** by and through his undersigned attorney, and files this Amended Motion to Modify the Order Confirming Chapter 13 Plan, and, as grounds in support of this Motion, the following is stated:

1.      The Order Confirming Modified Chapter 13 Plan was entered in the above-styled case on June 14, 2021 (Doc. No. 34).

2. This Motion is filed to include mortgage arrears to the mortgage company and to catch the Debtor up with his plan payments, by skipping months July and August 2021.

3. By the filing of this Amended Motion, the Debtor is proposing a modification to his current Chapter 13 payment plan.

4. The undersigned attorney seeks fees and costs in the amount of three hundred ($300.00) dollars for the workup of modified payments and disbursements, for the preparation, filing, and service of this Amended Motion, and for communications with the Chapter 13 Trustee's office concerning the same, which fees and costs shall be disbursed by the Chapter 13 Trustee.

5. Proposed disbursements to creditors are shown on the spreadsheet attached hereto and incorporated herein as Exhibit "A".

6. The Debtor proposes that all other terms and conditions of prior Orders of this Court shall remain the same and in full force and effect but for those specific changes to the Debtor's Plan payments and creditor disbursements, as referenced herein and on the attached spreadsheet.

**WHEREFORE**, the Debtor, KEVIN HAGGERTY, by and through his undersigned attorney, prays that the Court will:

    A. grant this Amended Motion and enter an Order modifying the Debtor's Plan payments and creditor disbursements, as proposed herein;

    B. allow attorney's fees and costs for the preparation and service of this Amended Motion in the amount of Three Hundred ($300.00) Dollars which shall be disbursed by the Chapter 13 Trustee; and

    B. grant such other and further relief as the Court deems appropriate.

Date: July 31, 2021

        Respectfully submitted,

        **LAW OFFICE OF PAUL L. URICH, P.A.**

BY:  /s/ *Paul L. Urich, Esquire*
    Paul L. Urich, Esquire
    1510 East Colonial Drive, Suite 204
    Orlando, Florida 32803
    Telephone: (407) 896-3077
    Telecopy: (407) 896-3041
    Florida Bar No.:0088780
    Email: paulu@urichoffice.com
    Attorney for the Debtor

**I HEREBY CERTIFY** that a true and correct copy of this document is being served by United States Regular Mail, postage prepaid, or by CM/ECF electronic transmission, as may be applicable, on all creditors and interested parties, as listed on the Court Matrix, on this 31st day of July 2021.

BY:  /s/ *Paul L. Urich, Esquire*
    Paul L. Urich, Esquire/Florida Bar No.:0088780

**EXHIBIT "A"**