UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

IN RE:                                                                 Case No:      6:20-bk-06225-LVV

**KEVIN EDWARD HAGGERTY**

_____Debtor   /        Chapter 13

## Notice of Increase in Plan Payments

*This notice supersedes any previous notices filed*

This notice is occasioned by **a Notice of Mortgage Payment Change from U.S. Bank Trust National Association** (10/2/2021). Paragraph 8 of your Confirmation Order provides for this change in plan payments from you to the Trustee, and no further order is required.

**THE EFFECTIVE DATE OF THIS INCREASE IN PAYMENT IS WITH THE PAYMENT DUE: November 2021**

|                              | Former     | New        |                    |
|------------------------------|------------|------------|--------------------|
| Payment                      | $1,557.93  | $1,597.48  |                    |
| Increase                     |            | $39.55     |                    |
| Additional Trustee Fee       |            | $4.39      |                    |
| **Your payment to the trustee** | $4,791.00 | $4,834.94 | **(11/2021 - 2/2022)** |
|                              | $4,850.00  | $4,893.94  | (3/2022 - 8/2022)  |
|                              | $4,463.00  | $4,506.94  | (9/2022 - 4/2025)  |
|                              | $4,321.00  | $4,364.94  | (5/2025 - 11/2025) |

If you have made one or more payments which are after the effective date of this change, you **MUST,** in order for your payments to be current and in good standing, forward the difference between your former payment and the new payment to the Trustee upon receipt of this notice.

### Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served upon the parties listed below by first-class U.S. Mail, postage prepaid or by Electronic Notification through the Court's ECF System at the e-mail address registered with the Court, on this 12th day of October, 2021.

**Debtor** - Kevin Edward Haggerty, 617 Rosegate Lane, Orlando, FL  32835
**Attorney** - Paul L Urich, Law Office Of Paul L Urich, 1510 E Colonial Dr, Ste 204, Orlando, FL  32803-4734

BY:  /S/  LAURIE K. WEATHERFORD
Chapter 13 Trustee
Stuart Ferderer
FBN 0746967
Ana DeVilliers
FBN 0123201

PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
info@c13orl.com